IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE (Wilmington)

| | | |
|---|---|---|
| MONEYCAT LTD, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 1:13-1358 |
| PAYPAL INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 12th day of March, 2014, upon consideration of PayPal's motion for leave to file a reply in support of its motion to transfer (Doc. No. 52), it is **ORDERED** that the motion is **GRANTED**. The Clerk of Court shall file Exhibit A to PayPal's motion as its reply brief.

BY THE COURT:

/s/ Mitchell S. Goldberg
Mitchell S. Goldberg, J.